FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 16 2019
ARTHUR JOHNSTON
BY ______ DEPUTY

## COMPLAINT

STEVENSON 7700073161
(Last Name) (Identification Number)
DARYL DEANGELO
(First Name) (Middle Name)
RAYMOND DETENTION CENTER
(Institution) 1450 COUNTYFARM RD.
RAYMOND, MS. 39154
(Address)
(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V. CIVIL ACTION NUMBER: 3:19cv920 CWR-FKB
(to be completed by the Court)

HINDS COUNTY BOARD OF SUPERVISORS, HINDS COUNTY SHERIFF DEPARTMENT, VICTOR MASON, MARY RUSHING, RICHARD FIELDER
(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓) No ( )

B. Are you presently incarcerated?
Yes (✓) No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( ) No (✓)

D. Are you presently incarcerated for a parole or probation violation?
Yes ( ) No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No (✓)

**PARTIES**

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: DARYL DEANGELO STEVENSON Prisoner Number: 770007316l

Address: RAYMOND DETENTION CENTER - BRAVO 3
1450 COUNTY FARM ROAD
RAYMOND, MS. 39154

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: HINDS COUNTY BOARD OF SUPERVISORS is employed as HINDS COUNTY BOARD OF SUPERVISORS at 316 S. PRESIDENT St. JACKSON, MS. 39201

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

| NAME: | ADDRESS: |
|---|---|
| DARYL D. STEVENSON | B-3 RAYMOND DETENTION CENTER<br>1450 COUNTY FARM Rd.<br>RAYMOND, MS. 39154 |

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| HINDS COUNTY BOARD OF SUPERVISORS | 316 S. PRESIDENT St.<br>JACKSON, MS. 39201 |
| HINDS COUNTY SHERIFF VICTOR MASON | 407 E. PASCAGULA St P.O. BOX 686<br>JACKSON, MS. 39205 |
| MARY RUSHING | 1450 COUNTY FARM RD. R.D.C<br>RAYMOND, MS. 39154 |
| RICHARD FIELDER | R.D.C 1450 COUNTY FARM RD.<br>RAYMOND, MS. 39154 |

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**

**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action: NA
2. Court (if federal court, name the district; if state court, name the county): NA
3. Docket Number: NA
4. Name of judge to whom case was assigned: NA
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) NA

CASE NUMBER 2.

1. Parties to the action: NA
2. Court (if federal court, name the district; if state court, name the county): NA
3. Docket Number: NA
4. Name of judge to whom case was assigned: NA
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) NA

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

ON OR ABOUT 4-19-2019 I WAS SHOT IN THE HAND (RIGHT) BY A LESS LETHAL SHOT-GUN DURING A SHAKEDOWN IN RAYMOND DETENTION CENTER, AUTHORIZED BY THE DEFENDANTS CONSTITUTING GROSS NEGLIGENT CONDUCT, CAUSING ME (PLAINTIFF) SEVERE & PERMANENT INJURY. I COMPLAINED ABOUT THE SERIOUSNESS OF MY INJURY FOR 4 MONTHS UNTIL FINALLY I WAS TRANSPORTED TO MERIT HEALTH MEDICAL CENTER FOR SURGERY ON 8-26-2019.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I SEEK THAT THIS HONORABLE COURT GRANT MY (PLAINTIFF) RELIEF BY WAY OF; SEE ATTACHMENT

Signed this 12th day of DECEMBER, 20 19.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

[signature]

Signature of plaintiff

# STATEMENT OF CLAIM

THE CONSENT JUDGEMENT IS A SETTLEMENT REACHED BETWEEN THE UNITED STATES OF AMERICA, ACTING THROUGH THE UNITED STATES DEPARTMENT OF JUSTICE, AND HINDS COUNTY, MISSISSIPPI ("DEFENDANTS"), ACTING THROUGH THE HINDS COUNTY SHERIFF ("SHERIFF VICTOR MASON") AND HINDS COUNTY BOARD OF SUPERVISORS ("BOARD") ("COLLECTIVELY, THE PARTIES"). THE PARTIES ENTERED AN CONSENT DECREE (AGREEMENT), ACTING THROUGH JAIL ADMINISTRATORS MARY RUSHING & CAPTAIN RICHARD FIELDER TO PROVIDE COUNTY PRISONERS WITH REASONABLE SAFETY, PROTECTION FROM HARM, AND PREVENT EXCESSIVE USE OF FORCE BY STAFF.

# RELIEF

AS A RESULT OF THE ACTS & OMISSIONS OF THE DEFENDANTS, I (PLAINTIFF) SUFFERED PAST, PRESENT & FUTURE PAIN AND SUFFERING; DISFIGUREMENT AND IMPAIRMENT; PAST, PRESENT & FUTURE MENTAL & EMOTIONAL DISTRESS & ANGUISH; PAST, PRESENT & FUTURE LOST WAGES; FUTURE LOSS OF WAGE-EARNING CAPACITY; LOSS OF ENJOYMENT OF LIFE; CONSEQUENTLY, I (PLAINTIFF) SEEK TO BE COMPENSATED BY WAY OF IMMEDIATE RELEASE FROM HINDS COUNTY SHERIFF'S DEPARTMENT AND MONEY JUDGEMENT AGAINST THE DEFENDANTS, JOINT AND SEVERALLY, IN AN AMOUNT OF $875,000.00. WHEREFORE, PREMISES CONSIDERED, I (PLAINTIFF) DARYL D. STEVENSON SEEKS JUDGEMENT OF AND FROM THE DEFENDANTS IN THIS AMOUNT WHICH WILL FULLY COMPENSATE ME FOR MY INJURIES & DAMAGES.

THIS IS THE 12th DAY OF DECEMBER 2019.

RESPECTFULLY SUBMITTED

[signature]